UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Margot Kapacs,

                 Plaintiff,

v.

City of Minneapolis, et al.,

                 Defendant.

Case No. 17-cv-2291 (SRN/FLN)

ORDER

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 1, 2017, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** Plaintiff's motions for a temporary restraining order [Doc. No. 6] and preliminary injunction [Doc. No. 30] are **DENIED**.

DATED: November 17, 2017

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge