UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| MARGOTS KAPACS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF MINNEAPOLIS; INSPECTOR SCOTT MANN; INSPECTOR KELLY UMHOEFER; INSPECTOR BRIAN YOUNG; INSPECTOR STEPHEN UNKNOWN; UNKNOWN SUPERVISOR OF INSPECTIONS; and CITY ATTORNEY LEE WOLF, in their individual and official capacities,<br><br>　　　　　Defendants. | Case No. 17-CV-2291 (SRN/FLN)<br><br><br>ORDER |

---

Plaintiff Margots Kapacs requests *in forma pauperis* ("IFP") status on appeal from the denial of his motion for a preliminary injunction and motion for legal representation. *See* ECF No. 79. A litigant granted IFP status before the district court may proceed IFP on appeal without further authorization, unless (1) the district court finds that the appeal is not taken in good faith or (2) a statute otherwise precludes IFP status. *See* Fed. R. App. P. 24(a)(3). Kapacs was previously granted IFP status before this Court, *see* ECF No. 14, and the Court declines to certify that his appeal is taken not in good faith. *See* 28 U.S.C. § 1292(a)(1); *Slaughter v. City of Maplewood*, 731 F.2d 587, 588 (8th Cir. 1984). Accordingly, Kapacs may proceed IFP on appeal without further authorization. Nevertheless, to make clear that Kapacs may proceed IFP on appeal, the Court will grant his IFP application.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED that the application to proceed *in forma pauperis* on appeal of plaintiff Margots Kapacs [ECF No. 79] is GRANTED.

Dated: December 13, 2017                               s/Susan Richard Nelson
                                                                           SUSAN RICHARD NELSON
                                                                           United States District Judge