## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Margot Kapacs,

        Plaintiff,

v.

City of Minneapolis, et al.,

        Defendant.

Case No. 17-cv-2291 (SRN/FLN)

**ORDER**

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 30, 2018, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion for judgment on the pleadings [Doc. No. 38] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: April 30, 2018                              s/Susan Richard Nelson
                                                                    SUSAN RICHARD NELSON
                                                                    United States District Judge